UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUHAMMED TILLISY,

          Petitioner,

v.

WILLIAM BARR,

          Respondent.

Case No. C20-5300-TSZ

ORDER

The Court, having reviewed the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, docket no. 8, to which no objection was timely filed, hereby finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     Petitioner's petition for writ of habeas corpus, docket no. 5, is DENIED without prejudice, and this action is DISMISSED for lack of jurisdiction.

(3)     Petitioner's motion for appointment of counsel, docket no. 6, is STRICKEN as moot.

//

//

ORDER - 1

(4)     The Clerk is directed to CLOSE this case and to send copies of this Order to petitioner and to the Honorable Mary Alice Theiler.

DATED this 30th day of July, 2020.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 2